JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DANIEL FROMM, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>SPECTRUM LABORATORY PRODUCTS INC., a California Corporation, and THE DOW CHEMICAL COMPANY, a Michigan Corporation, PPG INDUSTRIES, INC., a Pennsylvania Corporation, and DOES 1 through 500 inclusive.<br><br>      Defendants. | Case No.  CV12-04119 JFW (VBKx)<br><br>**ORDER OF DISMISSAL FOR THE DOW CHEMICAL COMPANY** |

Pursuant to the stipulation of the parties, IT IS SO ORDERED that plaintiff Daniel Fromm's Complaint as to defendant The Dow Chemical Company is DISMISSED with prejudice, each party to bear its own costs.

Dated : October  29, 2012

_____
HONORABLE JOHN F. WALTER
Judge of the United States District Court

ORDER OF DISMISSAL FOR THE DOW CHEMICAL COMPANY
Case No.  CV12-04119 JFW (VBKx)