Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jill A. Wood, State Bar No. 219395
E-Mail: jwood@hurrellcantrall.com
Diane Martinez, State Bar No. 276499
E-Mail: dmartinez@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant PPG INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANIEL FROMM, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPECTRUM LABORATORY PRODUCTS INC., a California Corporation, and THE DOW CHEMICAL COMPANY, a Michigan Corporation, PPG INDUSTRIES, INC., a Pennsylvania Corporation, and DOES 1 through 500 Inclusive.<br><br>    Defendants. | CASE NO. CV12-4119-JFW (VBKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Assigned to Judge John F. Walter, Court Room "16"<br><br>Trial Date:          6/11/13 |

## **ORDER**

Having considered the foregoing Stipulation of Dismissal, and good cause appearing therefore, this action is hereby dismissed against defendant PPG INDUSTRIES, INC. with prejudice.

**IT IS SO ORDERED**

Dated: October 31, 2012          _____
                                  HONORABLE JOHN F. WALTER